ORIGINAL



1    DONALD F. ZIMMER, JR. (State Bar No. 112279)
     KRISTA L. COSNER (State Bar No. 213338)
2    DRINKER BIDDLE & REATH LLP
     50 Fremont Street, 20ᵗʰ Floor
3    San Francisco, California  94105
     Telephone: (415) 591-7500
4    Facsimile: (415) 591-7510

5    Attorneys for Defendant
     SMITHKLINE BEECHAM CORPORATION dba
6    GLAXOSMITHKLINE

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA        **BZ**

10                    SAN FRANCISCO DIVISION

11

12   MARTHA ARRIOLA,                    Case No.              8

13                  Plaintiff,          **DISCLOSURE STATEMENT OF
                                        GLAXOSMITHKLINE**
14          v.                          **[F.R.C.P. 7.1]**

15   SMITHKLINE BEECHAM
     CORPORATION dba
16   GLAXOSMITHKLINE; McKESSON
     CORPORATION; and DOES 1 through 15,
17   inclusive,

18                  Defendants.

19

20          The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM

21   CORPORATION dba GLAXOSMITHKLINE, furnishes the following in compliance

22   with Federal Rule of Civil Procedure 7.1.

23          GlaxoSmithKline plc, a publicly traded company, is the ultimate parent

24   corporation, through several levels of wholly owned subsidiaries, of defendant,

25   SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE.  No publicly

26   held company owns ten percent or more of the stock of GlaxoSmithKline plc.

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1  Dated: March 24 2008

2

3

DRINKER BIDDLE & REATH LLP

KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\397371\1

DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                    CASE NO.