ORIGINAL

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendant
6  SMITHKLINE BEECHAM CORPORATION dba
   GLAXOSMITHKLINE

7

8                    UNITED STATES DISTRICT COURT                BZ
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  MARTHA ARRIOLA,                    Case No.          1598
                       Plaintiff,
13                                     **DEMAND FOR JURY TRIAL**
14       v.
15  SMITHKLINE BEECHAM
    CORPORATION dba
16  GLAXOSMITHKLINE; McKESSON
    CORPORATION; and DOES 1 through 15,
17  inclusive,
                       Defendants.
18

19    Defendant SMITHKLINE BEECHAM CORPORATION dba
20  GLAXOSMITHKLINE hereby demands trial by jury in this action.
21
22  Dated: March 24, 2008              DRINKER BIDDLE & REATH LLP
23
                                       _____
24                                     KRISTA L. COSNER
25                                     Attorneys for Defendant
                                       SMITHKLINE BEECHAM
26                                     CORPORATION dba
                                       GLAXOSMITHKLINE
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397369\1   DEMAND FOR JURY TRIAL                                   CASE NO.