ORIGINAL

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE

7

8                    UNITED STATES DISTRICT COURT                BZ
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11
12  MARTHA ARRIOLA,                     Case No.
13              Plaintiff,              DEFENDANT'S CERTIFICATION OF
                                        INTERESTED ENTITIES OR
14       v.                             PERSONS
                                        [CIV. L.R. 3-16]
15  SMITHKLINE BEECHAM
    CORPORATION dba
16  GLAXOSMITHKLINE; McKESSON
    CORPORATION; and DOES 1 through 15,
17  inclusive,

18              Defendants.

19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

21  persons, associations of persons, firms, partnerships, corporations (including parent

22  corporations) or other entities (i) have a financial interest in the subject matter in

23  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

24  subject matter or in a party that could be substantially affected by the outcome of this

25  proceeding:

26       Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a

27  GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the

28  ultimate parent corporation.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397372\1   DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS          CASE NO.

| | | |
|---|---|---|
| 1 | Dated: March 24, 2008 | DRINKER BIDDLE & REATH LLP |
| 2 | | |
| 3 | | */s/ Krista L. Cosner* |
| | | KRISTA L. COSNER |
| 4 | | Attorneys for Defendant |
| 5 | | SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397372\1

2
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                CASE NO.