ORIGINAL

FILED

BZ

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  MARTHA ARRIOLA,                    CV 08    Case No.    1598

13                 Plaintiff,          NOTICE OF PENDENCY OF OTHER
                                       ACTION OR PROCEEDING
14        v.                           [CIV. L.R. 3-13]

15  SMITHKLINE BEECHAM
    CORPORATION dba
16  GLAXOSMITHKLINE; McKESSON
    CORPORATION; and DOES 1 through 15,
17  inclusive,

18                 Defendants.

19

20        Pursuant to Civil L.R. 3-13, defendant SMITHKLINE BEECHAM

21  CORPORATION dba GLAXOSMITHKLINE ("GSK") submits the following Notice of

22  Pendency of Other Action or Proceeding:

23        On October 16, 2007, the Judicial Panel on Multidistrict Litigation ("JPML")

24  created MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability*

25  *Litigation*, directing that then-pending Avandia®-related cases be transferred and

26  coordinated for pretrial proceedings in the United States District Court for the Eastern

27  District of Pennsylvania, before the Honorable Cynthia M. Rufe, pursuant to 28 U.S.C.

28  §1407. To date, nearly 50 cases have been transferred to MDL 1871, and transfers of

1  additional "tag-along" actions are pending.  GSK seeks the transfer of this action to MDL

2  1871.  Pursuant to Civil L.R. 3-13, GSK therefore respectfully requests that this Court

3  stay this action, pending a decision on transfer by the JPML, to achieve judicial

4  economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures)

5  and to avoid conflicts, conserve judicial resources, and promote an efficient

6  determination of the action.

7          Please take note that, in addition to MDL 1871, the following state court actions

8  also allege marketing, sales practice and/or product liability claims against Smithkline

9  Beecham Corporation d/b/a GlaxoSmithKline, related to the use of the prescription drug

10 Avandia:

11         1.      *Barnes, Sydney, Barnes, Sue Ellen v. SmithKline Beecham Corporation*

12 *d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

13 only);

14         2.      *Burford, Karen v. SmithKline Beecham Corporation d/b/a*

15 *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

16 only);

17         3.      *Bosak, Kenneth, Bosak, Patricia v. SmithKline Beecham Corporation d/b/a*

18 *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 000521;

19         4.      *Carrassquillo, Jose v. SmithKline Beecham Corporation d/b/a*

20 *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

21 only);

22         5.      *Cearley, Travis v. SmithKline Beecham Corporation, GlaxoSmithKline, and*

23 *SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas,

24 Philadelphia County, No. 003877;

25         6.      *Cox, Sr., Robert v. SmithKline Beecham Corporation d/b/a*

26 *GlaxoSmithKline,* Superior Court of New Jersey, Atlantic County, No. 2-691-08;

27         7.      *Cross, Christa, et al. v. GlaxoSmithKline, et al.* Superior Court for the State

28 of California, Los Angeles County, BC 387487,

8.    *Fabyankovic, Janet v. SmithKline Beecham Corporation, McKesson Corporation and Does 1 through 15*, Superior Court for the State of California, San Francisco County, No. 08-471571;

9.    *Farris, Theresa o/b/o Ronald Farris (dec'd) and Ledbetter, Carla o/b/o Jimmie Ledbetter (dec'd) v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline and McKesson Corporation*, Superior Court for the State of California, San Francisco County, No. 08-471345;

10.    *Fowler, Charles v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, McKesson Pharmacy Systems, and Does One through Fifteen, inclusive*, Superior Court of the State of California, San Francisco County, No. 08-472715;

11.    *Garcia, Yolanda v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 001967;

12.    *Hall, Charles, Hall Susan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002712;

13.    *Hunter, Raymond v. GlaxoSmithKline, SmithKline Beecham Corporation, and GlaxoSmithKline PLC*, Court of Common Pleas, Philadelphia County, No. 000574;

14.    *Kelly, Joseph v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Supreme Court of the State of New York, Erie County, No. 12007-11066;

15.    *Killinger, Cheryl v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

16.    *Kozar, Agnes, Kozar, Francis A. (Estate of) v. GlaxoSmithKline, PLC*, Court of Common Pleas, Philadelphia County, No. 004897;

17.    *Lloyd, Linda, Lloyd, Michael (Estate of) v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Third Judicial Circuit, Salt Lake County, Utah, Case No. 070913924;

18.    *Massey, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

19.    *McClure, Benjamin, McClure, Susan v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004431;

20.    *Meneese, Leola; Meneese, Sharon v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, McKesson Pharmacy Systems, and Does one through Fifteen*, Superior Court of the State of California, San Francisco County, No. 08-472716;

21.    *Parks, Josephine v. SmithKline Beecham Corporation, et al.*, Court of Common Pleas, Philadelphia County, No. 001670;

22.    *Perrenot, Preston v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002454;

23.    *Pruitt, Carolyn et al v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, Superior Court of the State of California, San Francisco County, No. 08-472503;

24.    *Self, Joe v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002457;

25.    *Tartack, Nancy, Tartack, Louis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004010;

26.    *Thomas, Samuel, Thomas Ruth Ann v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002483;

27.    *Tuley, Dorothy v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Circuit Court of Cook County, Illinois;

28.    *Tuley, Noah (Estate of) v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002180;

29.    *White, Glenn v. SmithKline Beecham Corp., GlaxoSmithKline, and SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas,

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

4

NOTICE OF PENDENCY OF OTHER ACTION

CASE NO.

SF1\397373\1

1  Philadelphia County, No. 003674;

2      30.   *Wright, Michelle v. SmithKline Beecham Corporation d/b/a*

3  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

4  only);

5      31.   *Yeager, Elizabeth, et al. v. SmithKline Beecham Corporation,*

6  *GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court

7  of Common Pleas, Philadelphia County, No. 004055; and

8      32.   *Yogus, William, Yogus, Barbara v. SmithKline Beecham Corporation d/b/a*

9  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003669.

10

11  Dated: March 24, 2008                     DRINKER BIDDLE & REATH LLP

12

13                                            KRISTA L. COSNER

14                                            Attorneys for Defendant
                                              SMITHKLINE BEECHAM
15                                            CORPORATION dba
                                              GLAXOSMITHKLINE

16

17

18

19

20

21

22

23

24

25

26

27

28