ORIGINAL

DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

**BZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA ARRIOLA, | CV 08 Case No. 1598 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; McKESSON CORPORATION; and DOES 1 through 15, inclusive, | |
| Defendants. | |

1  I, LEE ANN L. ALLDRIDGE, declare that:

2  I am at least 18 years of age, and not a party to the above-entitled action. My

3  business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105,

4  Telephone: (415) 591-7500.

5  On March 24, 2008, I caused to be served the following document(s):

6  **1. CIVIL CASE COVER SHEET;**

7  **2. NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE;**

8  

9  

10  **3. DECLARATION OF KRISTA L. COSNER IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL, UNDER 28 U.S.C. § 1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE;**

11  

12  

13  **4. NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS; [CIV. L.R. 83-1.4];**

14  **5. DISCLOSURE STATEMENT OF GLAXOSMITHKLINE [F.R.C.P. 7.1];**

15  

16  **6. DEMAND FOR JURY TRIAL; and**

17  **7. DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES[CIV. L.R. 7.1-1].**

18  by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

19  

20  ☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

21  

22  

23  

24  ☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

25  ☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

26  

27  ☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

28

| | |
|---|---|
| 1 | Nancy Hersh |
| | Mark E. Burton, Jr. |
| 2 | Rachel Abrams |
| | Cynthia Brown |
| 3 | HERSH & HERSH |
| | 601 Van Ness Avenue, Suite 2080 |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 441-5544 |
| 5 | |

6  I declare under penalty of perjury under the laws of the United States of America
7  that the above is true and correct. Executed on March 24, 2008 at San Francisco,
8  California.

9  *[signature]*
   LEE ANN L. ALLDRIDGE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397379\1    CERTIFICATE OF SERVICE    CASE NO.

3