DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA ARRIOLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; McKESSON CORPORATION; and DOES 1 through 15, inclusive,<br><br>　　　　Defendants. | Case No. CV-08-01598-BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

　　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 28, 2008

　　　　　　　　　　　　　　　　　　　DRINKER BIDDLE & REATH LLP


　　　　　　　　　　　　　　　　　　　/S/ *Krista L. Cosner*
　　　　　　　　　　　　　　　　　　　KRISTA L. COSNER

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　SMITHKLINE BEECHAM
　　　　　　　　　　　　　　　　　　　CORPORATION dba
　　　　　　　　　　　　　　　　　　　GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397794\1     DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT    CASE NO. CV-08-01598-BZ