1   CHARLES F. PREUSS (State Bar No. 45783)
    MICHAEL J. STORTZ (State Bar No. 139386)
2   KRISTA L. COSNER (State Bar No. 213338)
    DRINKER BIDDLE & REATH LLP
3   50 Fremont Street, 20th Floor
    San Francisco, California  94105
4   Telephone: (415) 591-7500
    Facsimile: (415) 591-7510
5
    Attorneys for Defendant
6   SMITHKLINE BEECHAM CORPORATION dba
    GLAXOSMITHKLINE and MCKESSON
7   CORPORATION

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  MARTHA ARRIOLA,                    | Case No.  CV-08-01598 SBA

13              Plaintiff,             | **STIPULATION EXTENDING
                                       | DEFENDANT'S TIME IN WHICH TO
14      v.                             | RESPOND**

15  SMITHKLINE BEECHAM
    CORPORATION dba
16  GLAXOSMITHKLINE; McKESSON
    CORPORATION; and DOES 1 through 15,
17  inclusive,

18              Defendants.

19       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

20  that the time within which defendant McKesson Corporation ("McKesson") may move,

21  answer, or otherwise respond to Plaintiff's Complaint is extended pending the

22  determination of certain jurisdictional issues.  It is agreed that should this matter remain

23  in this Court, the time within which defendant McKesson shall respond to Plaintiff's

24  ///

25  ///

26  ///

27  ///

28  ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\398113\1      STIPULATION EXTENDING DEFENDANT'S TIME IN WHICH TO RESPOND      CASE NO. CV-08-01598 SBA

1   Complaint shall be governed by the Case Management Order entered in the *In re Avandia*

2   *Marketing, Sales Practices and Products Liability Litigation,* MDL 1781 (E.D. PA).

3   It is further agreed that should this matter be remanded to state court, McKesson shall

4   respond within thirty (30) days of entry of the remand order.

5

6   Dated: April 4, 2008                               DRINKER BIDDLE & REATH LLP

7                                                      /S/ *Krista L. Cosner*
                                                       KRISTA L. COSNER
8
                                                       Attorneys for Defendant
9                                                      SMITHKLINE BEECHAM CORPORATION
                                                       dba GLAXOSMITHKLINE and MCKESSON
10                                                     CORPORATION

11

12  Dated: April 4, 2008                               HERSH & HERSH , A PROFESSIONAL CORP.

13                                                     /S/ *Rachel Abrams*
                                                       RACHEL ABRAMS
14                                                     Attorneys for Plaintiff
                                                       MARTHA ARRIOLA
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\398113\1

2