NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
CYNTHIA BROWN, ESQ., State Bar No. 248846
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6388
Telephone:  (415) 441-5544

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ARRIOLA, | CASE NUMBER  C 08-01598 SBA |
| Plaintiff, | |
| vs. | PLAINTIFF'S DEMAND FOR JURY TRIAL |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, McKESSON CORPORATION, and DOES ONE through FIFTEEN, inclusive, | |
| Defendants. | |

**DEMAND FOR JURY TRIAL**

Plaintiff herewith requests a trial by jury as to all issues of material fact.

DATED:   April 7, 2008.            HERSH & HERSH, A Professional Corp.


By_____/s/_____
     CYNTHIA BROWN
     Attorneys for Plaintiff

---

PLAINTIFF'S DEMAND FOR JURY TRIAL