1  ALAN J. LAZARUS (State Bar No. 129767)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11

12 DOROTHY BONE; DAVID COOK;            Case No. CV-07-05886 MHP
   JESUS COTA; JO ELLEN GARNER;                   CV-07-05887 MHP
13 BARRON GATTA; CATHY GRAY;                      CV-07-05888 MHP
   FRANKLIN JENKINS; GREGORY                      CV-07-05889 MHP
14 RODRIGUEZ; ROBERT RODRIGUEZ;                   CV-07-05890 MHP
   ROGER TAVARES; LAVIOLA                         CV-07-05891 MHP
15 TOWNSEND,                                      CV-07-06050 MHP
                                                  CV-07-06328 MHP
16                  Plaintiffs,                   CV-08-01057 MHP
                                                  CV-08-01131 MHP
17        v.                                      CV-08-01297 MHP
                                                  CV-08-01506 MHP
18 SMITHKLINE BEECHAM                             CV-08-01598 MHP
   CORPORATION d/b/a                              CV-08-01620 MHP
19 GLAXOSMITHKLINE and McKESSON                   CV-08-01752 MHP
   CORPORATION,                                   CV-08-01753 MHP
20
                    Defendants.       **NOTICE OF CHANGE IN COUNSEL**
21
   *And related actions as listed in
22 Attachment A.*

23

24        TO THIS COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

25        PLEASE TAKE NOTICE that Defendants SMITHKLINE BEECHAM

26 CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION

27 hereby designate the following attorneys from Drinker Biddle & Reath, LLP as counsel

28 of record in this action:

ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

The following attorney is no longer counsel of record in this action:

DONALD F. ZIMMER, JR. (State Bar No. 112279)
Donald.Zimmer@dbr.com

Dated: May 14, 2008        DRINKER BIDDLE & REATH LLP

/s/ Alan J. Lazarus
ALAN J. LAZARUS

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

***Attachment A***

The Notice of Change In Counsel filed by Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, relates to the following actions:

1. *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05886 MHP;

2. *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05887 MHP;

3. *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05888 MHP;

4. *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05889 MHP;

5. *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05890 MHP;

6. *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05891 MHP;

7. *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06050 MHP;

8. *Bowles, Richard, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06328 MHP;

9. *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.*, Case No. CV-08-01057 MHP;

10. *Khanna, Mohinder v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.*, Case No. CV-08-01131 MHP;

11. *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.*, Case No. CV-08-01297 MHP;

12. *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba

1    *GlaxoSmithKline, et al.,* Case No. CV-08-01506 MHP;

2        13.    *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline,*

3    *et al.,* Case No. CV- 08-01598-MHP;

4        14.    *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba*

5    *GlaxoSmithKline, et al.,* Case No. CV-08-01620 MHP;

6        15.    *Fowler, Charles v. SmithKline Beecham Corporation dba GlaxoSmithKline*

7    *et al.,* Case No. CV-08-01752 MHP;

8        16.    *Meneese, Leola v. SmithKline Beecham Corporation dba GlaxoSmithKline*

9    *et al.,* Case No. CV-08-01753 MHP.