**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 20, 2008

US District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

RE: CV 08-01598 MARTHA ARRIOLA -v- SMITHKLINE BEECHAM

Dear Clerk,

    Pursuant to an MDL Order transferring the above captioned case to your court, transmitted herewith are:

☒ All docket entries/documents

☒ Transferral Order

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Simone Voltz* (signature)

by: Simone Voltz
Case Systems Administrator

Enclosures
Copies to counsel of record

May 20, 2008

**These instructions are for internal court use only.
Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.