ATL_IMANAGE-5588199 v1

DONALD F. ZIMMER, JR. (State Bar No. 112279)
BRENDA N. BUONAIUTO (State Bar No. 173919)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, CA 94111
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300
Email:   fzimmer@kslaw.com
          bbuonaiuto@kslaw.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION, d/b/a
GLAXOSMITHKLINE and McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA ARRIOLA,<br><br>   Plaintiff,<br><br> v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, MCKESSON CORPORATION, and does ONE through FIFTEEN, inclusive,<br><br>   Defendants. | Case No. CV-08-01598-MHP<br><br>NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION |

1  TO THE COURT AND PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2        Please take notice that defendants SMITHKLINE BEECHAM CORPORATION,
3  dba GLAXOSMITHKLINE and McKESSON CORPORATION (collectively
4  "Defendants") hereby substitute Donald F. Zimmer, Jr. and Brenda N. Buonaiuto of the
5  law firm of King & Spalding LLP as attorney of record in the place and stead of Alan J.
6  Lazarus and Krista L. Cosner of the law firm of Drinker Biddle & Reath LLP, 50
7  Fremont Street, 20th Floor, San Francisco, California, 94105.
8        Copies of all further notices, papers, pleadings, and orders filed or served upon
9  Defendants should be sent to the undersigned at:

10     Donald F. Zimmer, Jr.
    Brenda N. Buonaiuto
11     KING & SPALDING LLP
    Four Embarcadero Center
12     Suite 3500
    San Francisco, CA 94111
13     Telephone: (415) 318-1200
    Facsimile: (415) 318-1300
14     dzimmer@kslaw.com
    bbuonaiuto@kslaw.com
15

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Defendants have been given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

DATED: February 27, 2009         SMITHKLINE BEECHAM CORPORATION, DBA GLAXOSMITHKLINE AND MCKESSON CORPORATION


By:   /s/ Beth Spanninger
        Beth Spanninger
        Senior Counsel

I have given proper notice pursuant o Civil Local rule 11-5 and further consent to the above substitution.

DATED: February 27, 2009         DRINKER BIDDLE & REATH LLP


By:   /s/ Alan J. Lazarus
        Alan J. Lazarus
        Krista L. Cosner

The undersigned hereby consent to this substitution and represent that they have been duly admitted to practice in this District.

DATED: February 27, 2009         KING & SPALDING LLP


By:   /s/ Donald F. Zimmer, Jr.
        Donald F. Zimmer, Jr.

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION, dba GLAXOSMITHKLINE and McKESSON CORPORATION

///

1  I hereby certify that Beth Spanninger and Alan Lazarus concur in the e-filing of
2  this document.
3  Dated: February 27, 2009

5          /s/ Donald F. Zimmer, Jr.
           Donald F. Zimmer, Jr.

1  The Court hereby approves the substitution of Donald F. Zimmer, Jr. and Brenda
2  N. Buonaiuto of the law firm of King & Spalding LLP as counsel for Defendants in the
3  place and stead of Alan J. Lazarus and Krista L. Cosner of the law firm of Drinker Biddle
4  & Reath LLP, 50 Fremont Street, 20th Floor, San Francisco, California, 94105.
5  Copies of all further notices, papers, pleadings, and orders filed or served upon
6  Defendants, should be sent to:

7
8  Donald F. Zimmer, Jr.
   Brenda N. Buonaiuto
9  KING & SPALDING LLP
   Four Embarcadero Center
10 Suite 3500
   San Francisco, CA 94111
11 Telephone: (415) 318-1200
   Facsimile: (415) 318-1300
12 dzimmer@kslaw.com
   bbuonaiuto@kslaw.com

13

14 Dated:  March 3       , 2009

15                                          Judge of the 
                                             Judge Marilyn H. Patel

---